UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

## MAGISTRATE'S COURTROOM MINUTES

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE JUDGE: | HON. JESSICA S. ALLEN |
| v. | : | CASE NO.: | 25-MJ-10137 (MAH) |
| TROY CLARKE | : | DATE OF PROCEEDINGS: | 5/2/25 |
| | : | DATE OF ARREST: | 5/2/25 |

PROCEEDINGS: Initial Appearance

( ) COMPLAINT
(X) ADVISED OF RIGHTS
( ) WAIVER OF COUNSEL
(X) APPT. OF COUNSEL:  **X** AFPD  __ CJA
(X) WAIVER OF HRG.:  **X** PRELIM  __ REMOVAL
( ) CONSENT TO MAGISTRATE'S JURISDICTION
( ) PLEA ENTERED:  __ GUILTY  __ NOT GUILTY
( ) PLEA AGREEMENT
( ) RULE 11 FORM
(X) FINANCIAL AFFIDAVIT EXECUTED/REVIEWED ON THE RECORD
( ) OTHER CONSENT TO VIDEO/TELEPHONE CONFERENCE
( ) OTHER CONSENT TO E-SIGNATURE
(X) OTHER BRADY ORDER

( ) COMMITMENT TO ANOTHER DISTRICT
(X) CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) BAIL SET: _____
   ( ) UNSECURED BOND
   ( ) SURETY BOND SECURED BY CASH / PROPERTY
( ) TRAVEL RESTRICTED
( ) REPORT TO PRETRIAL SERVICES
( ) DRUG TESTING AND/OR TREATMENT
( ) MENTAL HEALTH TESTING AND/OR TREATMENT
( ) SURRENDER &/OR OBTAIN NO PASSPORT
( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.        DATE: _____
( ) DETENTION / BAIL HRG.             DATE: _____
( ) TRIAL:  __ COURT  __ JURY         DATE: _____
( ) SENTENCING                        DATE: _____
( ) OTHER: _____             DATE: _____

APPEARANCES:

AUSA  KELLY LYONS

DEFT. COUNSEL  TATIANA NNAJI

PRETRIAL  BRIAN CASTRO

INTERPRETER  _____
         Language: (         )

Time Commenced: 2:57 p.m.
Time Terminated: 3:01 p.m.
CD No:        ECR

*J. Batista*
_____
DEPUTY CLERK